

U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Junis L. Baldon*
*Assistant United States Attorney*

402 East State Street, Room 430   main: (609) 989-2190
Trenton, NJ 08608   direct: (609) 989-2324
junis.baldon2@usdoj.gov

February 18, 2026

**Via ECF**
Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

SO ORDERED this 18 day
of February 20 26

*[signature]*
United States District Judge

**Re:** ***Gonzalez Diaz*** v. ***Noem***, No. 1:25-cv-18495
 **Request for 14-day Extension to Answer**

Dear Judge O'Hearn:

This Office represents the Defendants in this case. We request a 14-day extension, from February 20, 2026 to March 6, 2026, to answer the petition. Our Office is in communication with United States Citizenship and Immigration Services to see if it is possible to resolve this case without further briefing. The two-week period will better inform us whether litigation is necessary or not, possibly saving time and resources for everyone involved.

The undersigned met and conferred with petitioner's counsel and they consent to this request.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff &
Associate Deputy Attorney General
Special Attorney

By: /s/Junis L. Baldon
JUNIS L. BALDON
Assistant United States Attorney
*Attorneys for the Defendants*

cc: Counsel of Record (via ECF)